# NOTICE TO U.S. TRUSTEE OF CHANGE OF
# NO-ASSET CHAPTER 7 CASE TO
# ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

| | |
|---|---|
| Case Name: | In re: James Polite and Cindy Rookard |
| Case No.: | 19-12971 (JKS) |
| Amount of Funds on Hand: | $0.00 |

If there are no funds on hand, but assets that will produce funds for this estate, indicate actual or estimate value of assets:

        Actual Value: Undetermined

        Estimated Value: Undetermined

Other information relating to status of case:

        /s/Eric R. Perkins
        ERIC R. PERKINS

Dated: May 22, 2019